IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| DOUG LITTLEFIELD, ROBERT MOLLEUR, And RODNEY BARRUP,<br>    Plaintiffs,<br>v.<br>CARL BENSON TILLEY, KATHERINE TILLEY, TILLEY FOUNDATION INC. (a Tennessee corporation), and CT TECHNOLOGY, INC. (a Nevada corporation),<br>    Defendants. | Case No. 2: 06-0061<br><br>JURY DEMAND (12) |

___

### DEFENDANTS TILLEY AND TILLEY FOUNDATION, INC.'S MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM REGARDING DEFENDANTS' MOTION TO QUASH
___

COME DEFENDANTS CARL TILLEY, KATHERINE TILLEY AND THE TILLEY FOUNDATION, INC., (hereinafter referred to as "the Defendants"), by and through counsel, who would move this honorable Court to permit the filing of a Reply Memorandum regarding Defendants' Motion to Quash Discovery. In support of this Motion, Defendants would state that the Reply Memorandum is short, to the point, and dispositive of all of Plaintiffs' arguments on this point.

PREMISES CONSIDERED, Defendants pray that the Court grant leave to file the attached Reply Memorandum, and to grant such other and further relief to these Defendants as said Court may deem just.

This the 16th day of August, 2006.

        Respectfully submitted,

        /s/ Henry D. Fincher
        Henry D. Fincher (No. 16682)
        305 East Spring Street
        Cookeville TN 38501
        (931) 528-4000

        Attorney for the Defendants Carl Benson Tilley,
        Katherine Tilley and the Tilley Foundation, Inc.

CERTIFICATE OF SERVICE

 I certify that I have caused a true and correct copy of the foregoing to be served upon counsel for the Plaintiffs, Hon. G. Kline Preston IV, KLINE PRESTON GROUP, P.C., 4525 Harding Road, Ste. 200, Nashville TN 37205, by filing with the Middle District of Tennessee's CM/ECF filing system, this the 16th day of August, 2006.

        /s/ Henry D. Fincher .
        Henry D. Fincher