DOUG LITTLEFIELD, ROBERT  )
MOLLEUR and RODNEY BARRUP, )
                          )
        Plaintiffs,       )
                          )
     v.                   )    2:06-0061
                          )    Judge Echols
CARL BENSON TILLEY, KATHERINE )
TILLEY, TILLEY FOUNDATION, )
INC., a Tennessee Corporation,)
and CT TECHNOLOGY, INC, a )
Nevada Corporation,       )
                          )
        Defendants.       )

ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Plaintiffs' "Application for Preliminary Injunction" (Docket Entry No. 2) is hereby GRANTED as follows:

(1) In accordance with Rule 65 of the Federal Rules of Civil Procedure, Defendants Carl Benson Tilley and Katherine Tilley and and their officers, agents, servants, employees, and attorneys, and all other persons or entities in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby RESTRAINED and ENJOINED, until further Order of the Court, from concealing, transferring, liquidating, converting, encumbering, pledging, loaning, selling, concealing, dissipating, disbursing, assigning, spending, withdrawing, granting a lien or security interest or other interest in, or otherwise disposing of any funds, real or personal property, shares of stocks, or other assets, wherever located that are (A) owned or controlled by the Tilley Foundation, Inc. in whole or in

part; (B) in the actual or constructive possession or the Tilley Foundation, Inc.; or (C) otherwise held for the benefit of the Tilley Foundation, Inc.;

(2) In accordance with Rule 65 of the Federal Rules of Civil Procedure, Defendants Carl Benson Tilley and Katherine Tilley and their officers, agents, servants, employees, and attorneys, and all other persons or entities in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby RESTRAINED and ENJOINED, until further Order of the Court, from selling, trading, and/or transferring, in any manner, any shares, stocks, or other interest in the Tilley Foundation, Inc.;

(3) In accordance with Rule 65 of the Federal Rules of Civil Procedure, Defendants Carl Benson Tilley and Katherine Tilley and their officers, agents, servants, employees, and attorneys, and all other persons or entities in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby RESTRAINED and ENJOINED, until further Order of the Court, from destroying, mutilating, concealing, altering, transferring, or otherwise disposing of, in any manner, any books, records, tapes, discs, accounting data, checks, correspondence, forms, electronically stored date, banking records, customer lists, customer files, invoice, ledgers, payroll records, or other documents of any kind, including information stored in computer-maintained form, in their possess, custody, or control that relat6e to the Tilley Foundation, Inc.; and

2

(4) This Preliminary Injunction is granted on the condition that Plaintiffs post a bond in the amount of $50,000 to make good such damages not to exceed said sum as may be suffered by any party who is found to be wrongfully restrained and/or enjoined through the issuance of this Preliminary Injunction.

Plaintiffs' request for the appointment of a receiver is hereby DENIED.  This case is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE