UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

```
DOUG LITTLEFIELD, et al.,      )
                               )
     Plaintiffs,               )
                               )
          v.                   )    NO. 2:06-0061
                               )
CARL BENSON TILLEY, et al.,    )    Judge Echols/Bryant
                               )    **Jury Demand**
                               )
     Defendants.               )
```

### O R D E R

This matter has been returned to the undersigned Magistrate Judge for further proceedings consistent with the District Judge's order (Docket Entry No. 67). A case management conference by telephone is set with the parties on **Friday, August 31, 2007, at 2:30 p.m.,** to discuss the status of the case. The plaintiff shall initiate the conference call.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge