IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DOUG LITTLEFIELD, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 2:06-0061 |
| CARL BENSON TILLEY, et al., | ) Judge Echols/Bryant |
| | ) Jury Demand |
| Defendants. | ) |

### PLAINTIFF, RODNEY BARRUP'S, MOTION TO SUBSTITUTE PARTIES

Comes the Plaintiff, Rodney Barrup, by and through counsel, and moves this Court pursuant to Rule 25 Federal Rules of Civil Procedure to substitute his representative, Mr. Robert Molleur, for him in this action. In support of said Motion, Mr. Barrup would state and show that he has become incapacitated due to poor physical health and he is unable to attend the trial of this matter on May 12, 2009. He has executed a power of attorney appointing Robert Molleur to represent his interests in this claim. Mr. Barrup can provide medical proof of his incapacity as well.

For the foregoing reasons, the Plaintiff moves this Court to permit the substitution of parties in this matter to permit Mr. Molleur to represent his interests at the trial of this matter on May 12, 2009.

Respectfully submitted,

s/ Kline Preston
Preston Law Group, P.C.
G. Kline Preston, IV #17141
530 Church Street, Suite 202
Nashville, TN 37219
(615) 244-5220
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that I have caused a true and exact copy of the foregoing to be served upon the Defendants, Carl Benson Tilley, P.O. Box 490, Grant, NE, 69140, Tilley Foundation, Inc., c/o Carl Benson Tilley, P.O. Box 490, Grant, NE, 69140, Katherine Tilley, P.O. Box 490, Grant, NE, 69140, and CT Technology, Inc., c/o American Legal Services, 237 S. Sierra St., Reno, NV, 89501, on this the 11th day of May, 2009.

s/ Kline Preston
G. Kline Preston, IV