*Original*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

DOUG LITTLEFIELD, ROBERT )
MOLLEUR and RODNEY BARRUP, )
            )
  Plaintiffs, )
            )
v.             )  2:06-0061
            )  Judge Echols
CARL BENSON TILLEY, )
KATHERINE TILLEY, TILLEY )
FOUNDATION, INC., a Tennessee )
Corporation, and CT TECHNOLOGY, )
INC., a Nevada Corporation, )
            )
  Defendants. )

## JURY VERDICT FORM

We, the jury, unanimously find as follows:

**PLEASE ANSWER EACH OF THE FOLLOWING QUESTIONS**

**PART ONE**
**PLAINTIFF DOUG LITTLEFIELD'S CLAIMS AGAINST DEFENDANTS**

A. Questions as to liability of Defendant Carl Benson Tilley and Katherine Tilley

1) Has Plaintiff Doug Littlefield proven by a preponderance of the evidence that he is entitled to recover on any of the claims he asserts against Defendant Carl Benson Tilley?

   __✓__ Yes    ____ No

If your answer is "Yes," on which of the following claim(s) do you find Plaintiff Doug Littlefield is entitled to recover? (Place a "✓" or "X" next to the appropriate claim(s)).

  __✓__ (a) Fraud and deceit based on intentional misrepresentation

  __✓__ (b) Breach of fiduciary duty

  ____ (c) Conversion

  __✓__ (d) Tennessee Consumer Protection Act

  __✓__ (e) Tennessee Securities Act

1

2) If you placed a "✓" or "X" next to the Tennessee Consumer Protection Act claim in the previous question, has Plaintiff Doug Littlefield proven by a preponderance of the evidence that Defendant Carl Benson Tilley's violation of the law was done willfully or knowingly?

 __✓__ Yes ____ No

3) Has Plaintiff Doug Littlefield proven by a preponderance of the evidence that he is entitled to recover on any of the claims he asserts against Defendant Katherine Tilley?

 __✓__ Yes ____ No

If your answer is "Yes," on which of the following claim(s) do you find Plaintiff Doug Littlefield is entitled to recover? (Place a "✓" or "X" next to the appropriate claim(s)).

 __✓__ (a) Fraud and deceit based on intentional misrepresentation

 ____ (b) Breach of fiduciary duty

 ____ (c) Conversion

 __✓__ (d) Tennessee Consumer Protection Act

 __✓__ (e) Tennessee Securities Act

4) If you placed a "✓" or "X" next to the Tennessee Consumer Protection Act claim in response to the previous question, has Plaintiff Doug Littlefield proven by a preponderance of the evidence that Defendant Katherine Tilley's violation of the law was done willfully or knowingly?

 __✓__ Yes ____ No

(You have now answered the liability questions concerning Plaintiff Doug Littlefield's claims against Defendant Carl Benson Tilley and Defendant Katherine Tilley. If you found one or both of these Defendants liable to Plaintiff Doug Littlefield, proceed to answer the following questions concerning the assessment of damages, if any, to be awarded in favor of Plaintiff Doug Littlefield against Defendant Carl Benson Tilley and/or Defendant Katherine Tilley. Also, as I instructed you previously, Defendants Tilley Foundation, Inc., and CT Technology, Inc. were earlier found to be liable to Plaintiff Doug Littlefield and you must now assess the amount of damages, if any, to be awarded in favor of Plaintiff Doug Littlefield against Tilley Foundation Inc. and/or CT Technology, Inc.).

**B. Questions as to Compensatory Damages, if any, to be Assessed in Favor of Plaintiff Doug Littlefield Against Defendants**

5) What is the total amount of compensatory damages, if any, that Plaintiff Doug Littlefield is entitled to recover from each of the Defendants?

(Enter the amount, or, if none, enter zero.)

| | |
|---|---|
| Carl Benson Tilley | $ 1,607,500 |
| Katherine Tilley | $ 1,607,500 |
| The Tilley Foundation, Inc. | $ 1,607,500 |
| CT Technology, Inc. | $ 1,607,500 |
| TOTAL | $ 6,430,000.00 |

6) If you awarded compensatory damages in favor of Plaintiff Doug Littlefield, is he entitled to an award of pre-judgment interest on the amount of compensatory damages you awarded?

✓ Yes  ___ No

If "yes," what is the starting date from which pre-judgment interest should be calculated?

Starting Date for Pre-Judgment Interest  February 14, 2004.

7) If you awarded compensatory damages in favor of Plaintiff Doug Littlefield against any one or more of the Defendants, what portion of the award made against a Defendant, if any, do you attribute to that Defendant's violation of the Tennessee Consumer Protection Act, if that Defendant violated the Tennessee Consumer Protection Act?

| | |
|---|---|
| Carl Benson Tilley | $ 107,500 |
| Katherine Tilley | $ 107,500 |
| The Tilley Foundation, Inc. | $ 107,500 |

3

  CT Technology, Inc.    $ _107,500.00_

  TOTAL    $ _430,000.00_

(You have now answered the questions regarding compensatory damages in relation to the claims brought by Plaintiff Doug Littlefield against Defendants. The remaining questions deal with Plaintiff Doug Littlefield's request for punitive damages).

### C. Questions as to Punitive Damages

8) Has Plaintiff Doug Littlefield proven by clear and convincing evidence that he is entitled to an award of punitive damages against any of the Defendants on his claims for fraud and deceit based on intentional misrepresentation, conversion, and/or breach of fiduciary duty?

   _✓_ Yes    _____ No

9) If your answer to the previous question is "Yes," against which Defendant(s) do you find Plaintiff Doug Littlefield is entitled to recover punitive damages on his claims for fraud and deceit based upon intentional misrepresentation, conversion, and/or breach of fiduciary duty? (Place a "✓" or "X" next to the appropriate Defendant(s)).

   _✓_ Carl Benson Tilley

   _✓_ Katherine Tilley

   _✓_ The Tilley Foundation, Inc.

   _✓_ CT Technology, Inc.

### PART TWO
### PLAINTIFF ROBERT MOLLEUR'S CLAIMS AGAINST DEFENDANTS

### A. Questions as to liability of Defendant Carl Benson Tilley and Katherine Tilley

1) Has Plaintiff Robert Molleur proven by a preponderance of the evidence that he is entitled to recover on any of the claims he asserts against Defendant Carl Benson Tilley?

   _✓_ Yes    _____ No

4

If your answer is "Yes," on which of the following claim(s) do you find Plaintiff Robert Molleur is entitled to recover? (Place a "✓" or "X" next to the appropriate claim(s)).

    ✓ (a) Fraud and deceit based on intentional misrepresentation

    ✓ (b) Breach of fiduciary duty

    ✓ (c) Conversion

    ✓ (d) Tennessee Consumer Protection Act

    ✓ (e) Tennessee Securities Act

2) If you placed a "✓" or "X" next to the Tennessee Consumer Protection Act claim in the previous question, has Plaintiff Robert Molleur proven by a preponderance of the evidence that Defendant Carl Benson Tilley's violation of the law was done willfully or knowingly?

    ✓ Yes     \_\_\_\_\_ No

3) Has Plaintiff Robert Molleur proven by a preponderance of the evidence that he is entitled to recover on any of the claims he asserts against Defendant Katherine Tilley?

    ✓ Yes     \_\_\_\_\_ No

If your answer is "Yes," on which of the following claim(s) do you find Plaintiff Robert Molleur is entitled to recover? (Place a "✓" or "X" next to the appropriate claim(s)).

    ✓ (a) Fraud and deceit based on intentional misrepresentation

    \_\_\_\_\_ (b) Breach of fiduciary duty

    ✓ (c) Conversion

    ✓ (d) Tennessee Consumer Protection Act

    ✓ (e) Tennessee Securities Act

5

4) If you placed a "✓" or "X" next to the Tennessee Consumer Protection Act claim in response to the previous question, has Plaintiff Robert Molleur proven by a preponderance of the evidence that Defendant Katherine Tilley's violation of the law was done willfully or knowingly?

__✓__ Yes      _____ No

(You have now answered the liability questions concerning Plaintiff Robert Molleur's claims against Defendant Carl Benson Tilley and Defendant Katherine Tilley. If you found one or both of these Defendants liable to Plaintiff Robert Molleur, proceed to answer the following questions concerning the assessment of damages, if any, to be awarded in favor of Plaintiff Robert Molleur against Defendant Carl Benson Tilley and/or Defendant Katherine Tilley. Also, as I instructed you previously, Defendants Tilley Foundation, Inc., and CT Technology, Inc. were earlier found to be liable to Plaintiff Robert Molleur and you must now assess the amount of damages, if any, to be awarded in favor of Plaintiff Robert Molleur against Tilley Foundation Inc. and/or CT Technology, Inc.).

**B. Questions as to Compensatory Damages, if any, to be Assessed in Favor of Plaintiff Robert Molleur Against Defendants**

5) What is the total amount of compensatory damages, if any, that Plaintiff Robert Molleur is entitled to recover from each of the Defendants?

(Enter the amount, or, if none, enter zero.)

| | |
|---|---|
| Carl Benson Tilley | $ 1,622,500.00 |
| Katherine Tilley | $ 1,622,500.00 |
| The Tilley Foundation, Inc. | $ 1,622,500.00 |
| CT Technology, Inc. | $ 1,622,500.00 |
| TOTAL | $ 6,490,000.00 |

6) If you awarded compensatory damages in favor of Plaintiff Robert Molleur, is he entitled to an award of pre-judgment interest on the amount of compensatory damages you awarded?

__✓__ Yes      _____ No

If "yes," what is the starting date from which pre-judgment interest should be calculated?

Starting Date for Pre-Judgment Interest __February 14, 2004__

6

7) If you awarded compensatory damages in favor of Plaintiff Robert Molleur against any one or more of the Defendants, what portion of the award made against a Defendant, if any, do you attribute to that Defendant's violation of the Tennessee Consumer Protection Act, if that Defendant violated the Tennessee Consumer Protection Act?

| | |
|---|---|
| Carl Benson Tilley | $ 122,500.00 |
| Katherine Tilley | $ 122,500.00 |
| The Tilley Foundation, Inc. | $ 122,500.00 |
| CT Technology, Inc. | $ 122,500.00 |
| TOTAL | $ 490,000.00 |

(You have now answered the questions regarding compensatory damages in relation to the claims brought by Plaintiff Robert Molleur against Defendants. The remaining questions deal with Plaintiff Robert Molleur's request for punitive damages).

## C. Questions as to Punitive Damages

8) Has Plaintiff Robert Molleur proven by clear and convincing evidence that he is entitled to an award of punitive damages against any of the Defendants on his claims for fraud and deceit based on intentional misrepresentation, conversion, and/or breach of fiduciary duty?

   ✓ Yes    _____ No

9) If your answer to the previous question is "Yes," against which Defendant(s) do you find Plaintiff Robert Molleur is entitled to recover punitive damages on his claims for fraud and deceit based upon intentional misrepresentation, conversion, and/or breach of fiduciary duty? (Place a "✓" or "X" next to the appropriate Defendant(s)).

   ✓ Carl Benson Tilley
   ✓ Katherine Tilley
   ✓ The Tilley Foundation, Inc.
   ✓ CT Technology, Inc.

# PART THREE
# PLAINTIFF RODNEY BARRUP'S CLAIMS AGAINST DEFENDANTS

**A. Questions as to liability of Defendant Carl Benson Tilley and Katherine Tilley**

1) Has Plaintiff Rodney Barrup proven by a preponderance of the evidence that he is entitled to recover on any of the claim he asserts against Defendant Carl Benson Tilley?

__✓__ Yes      ____ No

If your answer is "Yes," on which of the following claim(s) do you find Plaintiff Rodney Barrup is entitled to recover? (Place a "✓" or "X" next to the appropriate claim(s)).

__✓__ (a) Fraud and deceit based on intentional misrepresentation

____ (b) Breach of fiduciary duty

__✓__ (c) Conversion

__✓__ (d) Tennessee Consumer Protection Act

__✓__ (e) Tennessee Securities Act

2) If you placed a "✓" or "X" next to the Tennessee Consumer Protection Act claim in the previous question, has Plaintiff Rodney Barrup proven by a preponderance of the evidence that Defendant Carl Benson Tilley's violation of the law was done willfully or knowingly?

__✓__ Yes      ____ No

3) Has Plaintiff Rodney Barrup proven by a preponderance of the evidence that he is entitled to recover on any of the claims he asserts against Defendant Katherine Tilley?

__✓__ Yes      ____ No

8

If your answer is "Yes," on which of the following claim(s) do you find Plaintiff Rodney Barrup is entitled to recover? (Place a "✓" or "X" next to the appropriate claim(s)).

    ✓   (a) Fraud and deceit based on intentional misrepresentation

    ___   (b) Breach of fiduciary duty

    ✓   (c) Conversion

    ✓   (d) Tennessee Consumer Protection Act

    ✓   (e) Tennessee Securities Act

4) If you placed a "✓" or "X" next to the Tennessee Consumer Protection Act claim in response to the previous question, has Plaintiff Rodney Barrup proven by a preponderance of the evidence that Defendant Katherine Tilley's violation of the law was done willfully or knowingly?

    ✓   Yes        ___   No

(You have now answered the liability questions concerning Plaintiff Rodney Barrup's claims against Defendant Carl Benson Tilley and Defendant Katherine Tilley. If you found one or both of these Defendants liable to Plaintiff Rodney Barrup, proceed to answer the following questions concerning the assessment of damages, if any, to be awarded in favor of Plaintiff Rodney Barrup against Defendant Carl Benson Tilley and/or Defendant Katherine Tilley. Also, as I instructed you previously, Defendants Tilley Foundation, Inc., and CT Technology, Inc. were earlier found to be liable to Plaintiff Rodney Barrup and you must now assess the amount of damages, if any, to be awarded in favor of Plaintiff Rodney Barrup against Tilley Foundation Inc. and/or CT Technology, Inc.).

**B. Questions as to Compensatory Damages, if any, to be Assessed in Favor of Plaintiff Rodney Barrup Against Defendants**

5) What is the total amount of compensatory damages, if any, that Plaintiff Rodney Barrup is entitled to recover from each of the Defendants?

(Enter the amount, or, if none, enter zero.)

| | |
|---|---|
| Carl Benson Tilley | $ 52,500.00 |
| Katherine Tilley | $ 52,500.00 |
| The Tilley Foundation, Inc. | $ 52,500.00 |

Case 2:06-cv-00061   Document 168   Filed 01/14/10   Page 9 of 11 PageID #: 818

| | |
|---|---|
| CT Technology, Inc. | $ 52,500.00 |
| TOTAL | $ 210,00.00 |

6) If you awarded compensatory damages in favor of Plaintiff Rodney Barrup, is he entitled to an award of pre-judgment interest on the amount of compensatory damages you awarded?

    ✓ Yes      ___ No

If "yes," what is the starting date from which pre-judgment interest should be calculated?

Starting Date for Pre-Judgment Interest   September 28, 2005

7) If you awarded compensatory damages in favor of Plaintiff Rodney Barrup against any one or more of the Defendants, what portion of the award made against a Defendant, if any, do you attribute to that Defendant's violation of the Tennessee Consumer Protection Act if that Defendant violated the Tennessee Consumer Protection Act?

| | |
|---|---|
| Carl Benson Tilley | $ 52,500.00 |
| Katherine Tilley | $ 52,500.00 |
| The Tilley Foundation, Inc. | $ 52,500.00 |
| CT Technology, Inc. | $ 52,500.00 |
| TOTAL | $ 210,00.00 |

(You have now answered the questions regarding compensatory damages in relation to the claims brought by Plaintiff Rodney Barrup against Defendants. The remaining questions deal with Plaintiff Rodney Barrup's request for punitive damages).

## C. Questions as to Punitive Damages

8) Has Plaintiff Rodney Barrup proven by clear and convincing evidence that he is entitled to an award of punitive damages against any of the Defendants on his claims for fraud and deceit based on intentional misrepresentation, conversion, and/or breach of fiduciary duty?

__✓__ Yes      _____ No

9) If your answer to the previous question is "Yes," against which Defendant(s) do you find Plaintiff Rodney Barrup is entitled to recover punitive damages on his claims for fraud and deceit based upon intentional misrepresentation, conversion, and/or breach of fiduciary duty? (Place a "✓" or "X" next to the appropriate Defendant(s)).

__✓__ Carl Benson Tilley
__✓__ Katherine Tilley
__✓__ The Tilley Foundation, Inc.
__✓__ CT Technology, Inc.

After you have answered each of the foregoing questions, have your foreperson sign and date this Verdict Form and notify the Court Security Officer that you have reached a verdict.

Foreperson

Date January 13, 2010